# Hodo *v.* The State.

## *Murder.*

(Decided June 11, 1908.  47 South. 134.)

*Appeal and Error; Judgment Without Authority.*—A conviction had at a term of the court held for Autauga county at the time fixed by the act of March 6, 1907. (Acts 1907, u. 367), is void and a judgment based thereon will not support an appeal, since the act is unconstitutional.

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

Charlie Hodo was convicted of murder, and he appeals. Appeal dismissed.

C. E. O. TIMMERMAN, for appellant. The judgment was rendered at a term of the court not authorized by law and will not support a conviction.—*L. & N. R. R. Co. v. Grant*, 45 South. 246.

ALEXANDER M. GARBER, Attorney-General, for the State.

DOWDELL, J.—It appears from the record that the term of the circuit of Autauga county at which the defendant was tried and convicted was organized and

held at a time fixed by the act approved March 6, 1907 (Acts 1907, p. 367). In the case of *L. & N. R. R. Co. v. Grant* 153 Ala. 112, 45 South. 226, this act, in so far as it attemps to fix the times of holding the circuit court of Autauga county, was declared to be unconstitutional and void. The result of this holding is that the judgment from which the present appeal is prosecuted was rendered at a time not authorized by law, and is therefore void, and consequently will not support an appeal.

Appeal dismissed.

Tyson, C. J., and Anderson and McClellan, JJ., concur.